# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAMON ISIDRO FELIX SANCHEZ,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER,

Respondent.

**CASE NO.** 5:26-CV-03652-JFW-CTS

**JUDGMENT**

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: November 6, 2026

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE